United States Bankruptcy Court
District of Massachusetts

Rivera,

          Plaintiff                                                Adv. Proc. No. 12-03054-hjb

Abebe,

          Defendant

## CERTIFICATE OF NOTICE

District/off: 0101-3          User: cml               Page 1 of 2              Date Rcvd: Aug 14, 2013
                             Form ID: aphrg           Total Noticed: 2


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 16, 2013.
dft           +Donald Abebe,   168 Marion Street,   Springfield, MA 01109-3533

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust           +E-mail/Text: USTPRegion01.WO.ECF@usdoj.gov Aug 14 2013 23:51:38    Richard King,
               Office of the U. S. Trustee,   446 Main Street,   14th Floor,   Worcester, MA 01608-2361
                                                                                          TOTAL: 1


              ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**


**Date: Aug 16, 2013**                         **Signature:**    _Joseph Speetjens_

District/off: 0101-3         User: cml              Page 2 of 2              Date Rcvd: Aug 14, 2013
                            Form ID: aphrg          Total Noticed: 2


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 14, 2013 at the address(es) listed below:
          Thomas P Zito    on behalf of Plaintiff Mary Luz  Rivera tzito@hfmgpc.com
                                                                            TOTAL: 1

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re      Donald Abebe | Related Bankruptcy Case: 12–31384 |
| | Chapter 7 |
| Debtor | Judge Henry J. Boroff |
| | |
| Mary Luz Rivera | Adversary Proceeding: 12–03054 |
| Plaintiff | |
| vs. | |
| Donald Abebe | |
| Defendant | |

### NOTICE OF NONEVIDENTIARY HEARING

**PLEASE TAKE NOTICE** that a **HEARING** will be held on **8/19/13 at 02:00 PM** before the Honorable Judge Henry J. Boroff United States Courthouse, 300 State Street, Berkshire Courtroom, Third Floor, Springfield, MA 01105−2925 to consider the following:

[53] Motion filed by Plaintiff Mary Luz Rivera In Limine to substitute witness Rivera.

**OBJECTION/RESPONSE DEADLINE:**
If no deadline is set, the objection/response deadline shall be governed by the Federal Rules of Bankruptcy Procedure (FRBP) and the Massachusetts Local Bankruptcy Rules (MLBR). If no objection/response is timely filed, the Court, in its discretion, may cancel the hearing and rule on the motion without a hearing or further notice. See MLBR 9013−1(f).

**THE MOVING PARTY IS RESPONSIBLE FOR:**

1. Serving a copy of this notice upon all parties entitled to notice forthwith; and

2. Filing a certificate of service with respect to this notice seven (7) days after the date of issuance set forth below. If the hearing date is less than seven (7) days from the date of issuance, the certificate of service must be filed no later than the time of the hearing. **If the movant fails to timely file a certificate of service, the court may deny the motion without a hearing.**

**NOTICE TO ALL PARTIES SERVED:**

1. **Your rights may be affected.** You should read this notice, the above referenced pleading and any related documents carefully and discuss them with your attorney, if you have one. If you do not have an attorney, you may wish to consult one.

2. Any request for a continuance **MUST** be made by **WRITTEN MOTION** filed and served at least one (1) business day prior to the hearing date. See MLBR 5071−1.

3. The above hearing shall be nonevidentiary. If, in the course of the nonevidentiary hearing, the court determines the existence of a disputed and material issue of fact, the court will schedule an evidentiary hearing.

Date:8/14/13                                                By the Court,

                                                           Catherine Leas
                                                           Deputy Clerk
                                                           413−785−6908